**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| American Promotional Events, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Terry Gaudreau and TNT Fireworks, Inc., )<br>a Montana Corporation, )<br>)<br>Defendants. ) | **ORDER**<br><br><br><br><br><br>Case No. 4:06-cv-014 |

The scheduling conference set for June 26, 2006, shall be rescheduled for <u>June 20, 2006, at 9:00 a.m. CDT</u>. The conference shall be conducted by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1