**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| American Promotional Events, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Terry Gaudreau and TNT Fireworks, Inc., | ) | |
| a Montana Corporation, | ) | |
| | ) | Case No. 4:06-cv-014 |
| Defendants. | ) | |

_____

The scheduling conference set for June 26, 2006, shall be rescheduled for <u>June 20, 2006, at</u>

<u>10:00 a.m. CDT</u>.  The conference shall be conducted by telephone conference call to be initiated by

the court.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1