**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| American Promotional Events, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:06-cv-014 |
| Terry Gaudreau, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation of Dismissal with Prejudice" filed by the parties on April 4, 2007. The Court **ADOPTS** the parties' "Stipulation of Dismissal" (Docket No. 19) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 5th day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court